United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIC Grapevine 2, L.P., et al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action H-25-1164 |
| | § | |
| Rathbone Law PC, et al., | § | |
| *Defendants*. | § | |

## ORDER

Plaintiffs' Motion for Continuance, ECF No. 18, and Amended Motion for Continuance, ECF No. 19, are **DENIED AS MOOT.** Plaintiffs' Second Amended Unopposed Motion for Continuance, ECF No. 21, is **GRANTED.**

The initial conference set for April 24, 2025, is reset to May 29, 2025, at 10:00 a.m. The response date for all remaining pending motions is extended to May 16, 2025.

Signed at Houston, Texas, on April 3, 2025.

_____
Peter Bray
United States Magistrate Judge